# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TANYA SANTIAGO,

    Plaintiff,

v.                                              Case No. 8:21-cv-2175-WFJ-MRM

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

## **ORDER**

    Before the Court is Defendant's Motion to Dismiss Complaint (Dkt. 14), Plaintiff's response in opposition (Dkt. 15), and the complaint (Dkt. 1). The magistrate judge issued a thorough and well-reasoned report recommending the motion be granted and the case be dismissed without prejudice. Dkt. 16. Plaintiff filed timely objections. Dkt. 17.

    When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1): Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The magistrate judge found in this employment discrimination case that Plaintiff failed to exhaust administrative remedies. Plaintiff objects to the report and recommendation and asks this Court to consider the merits of her claim. The Court is bound by the law as cited by the magistrate judge. For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. Plaintiff's objections (Dkt. 17) are overruled.

2. The Report and Recommendation (Dkt. 16) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

3. Defendant's motion to dismiss (Dkt. 14) is granted.

4. Plaintiff's complaint is dismissed without prejudice and without leave to amend as any further amendment would be futile.

5. The Clerk is directed to enter judgment for Defendant, terminate any pending motions and deadlines, and close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 30, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**: Counsel of record and Unrepresented parties