UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA SANTIAGO,

    Plaintiff,

v.                                              Case No. 8:21-cv-2175-WFJ-MRM

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* ("IFP") (Dkt. 21), which is construed as a motion for leave to proceed on appeal IFP. The magistrate judge issued a report recommending IFP status on appeal be denied. Dkt. 23. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge, in a thorough analysis, found that Plaintiff's appeal is frivolous and, therefore, not in taken good faith. For the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court adopts the reasons therein and concludes that the Report and

Recommendation (Dkt. 23) should be adopted as part of this Order, confirmed, and approved in all respects. Accordingly, the Court rules as follows:

    1. The Report and Recommendation (Dkt. 23) is adopted, confirmed, and approved in all respects and made a part of this order.

    2. Plaintiff's construed motion to proceed IFP on appeal (Dkt. 21) is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a) that this appeal is not taken in good faith for the reasons set forth, and hereby adopted, in the report and recommendation.

    3. The Clerk is directed to forward a copy of this Order to the parties and to the Clerk of the United States Eleventh Circuit Court of Appeals.

    **DONE AND ORDERED** in Tampa, Florida, on March 13, 2023.

                                              *s/William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*